# United States District Court
## for the
## Southern District of Illinois

| | |
|---|---|
| RAYMOND ADAMS, et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMSTED RAIL CO., INC., )<br>)<br>Defendant. )<br>) | Case Number: 13-cv-00064-MJR-SCW |

### JUDGMENT IN A CIVIL ACTION

Pursuant to Plaintiffs' April 11, 2013 Notice of Voluntary Dismissal and Federal Rule of Civil Procedure 41(a)(1), this case was dismissed without prejudice.

Dated: April 15, 2013

                                                  NANCY J. ROSENSTENGEL, Clerk  
                                                  s/ Debbie DeRousse  
                                                  Deputy Clerk

Approved: s/ Michael J. Reagan  
Michael J. Reagan, U.S. District Judge